IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 12-cv-02027-REB-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date: May 13, 2013 | Courtroom Deputy: Nick Richards |

*Parties:*  *Counsel:*

JAHAD ALI,   Pro Se

    Plaintiff,

v.

MICHELE WINGERT, and   Nicole S. Gellar
BERNADETTE SCOTT,

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:** 10:20 a.m.
Court calls case. Appearances of counsel. Plaintiff appears via telephone.

Discussion regarding Plaintiff's Motion to Include James Faulk as a Defendant in this Complaint [Doc. No. 23, filed April 4, 2013], Plaintiff's Motion for Summary Judgment Pursuant to Fed.R.Civ.P.56 [Doc. No. 27, filed April 25, 2013], Defendants' Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(B)(6) [Doc. No. 29, filed May 6, 2013], and Defendants' Motion to Stay Discovery Pending Resolution of Qualified Immunity Defense and to Vacate the Scheduling Conference Set for May 13, 2013 [Doc. No. 32, filed May 7, 2013].

**ORDERED**:   Plaintiff's Motion to Include James Faulk [23] is **DENIED** without prejudice as stated on the record.

**ORDERED**:   Defendants' Motion to Stay [32] is **DENIED** without prejudice as stated on the record.

**ORDERED**:   Defense counsel shall respond to Plaintiff's Motion for Summary Judgment [27] on or before May 16, 2013. Plaintiff shall submit his response to Defendants' Motion to Dismiss [29] on or before May 27, 2013. Replies to responses shall be due no later than 14 days after responses have been filed.

HEARING CONCLUDED.
**Court in recess:** 10:52 a.m.
Total time in court:     00:32

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.