## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-02027-REB-CBS

JAHAD ALI #56036,

     Plaintiff,

v.

MICHELE WINGERT, and
BERNADETTE SCOTT,

     Defendants.

---

## FINAL JUDGMENT

---

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order Overruling Objections To and Adopting Recommendation of the United States Magistrate Judge** [#50] entered by Judge Robert E. Blackburn on January 2, 2014, which order is incorporated herein by this reference.

**THEREFORE, IT IS ORDERED** as follows:

1. That the recommendation contained within the **Recommendation and Order of United States Magistrate Judge** [#47], filed November 19, 2013, is **APPROVED** and **ADOPTED** as an order of this court;

2. That the objections stated in **Plaintiff's Objection to the Magistrate's Recommendation Pursuant to Fed. R. Civil P. 72(b) and 28 U.S.C. 636(b)(1)** [#49], filed December 4, 2013, are **OVERRULED**;

3. That defendants' **Motion To Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6)**

[#29], filed May 6, 2013, is **GRANTED**;

    4. That plaintiff's **Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56** [#27], filed April 25, 2013, is **DENIED**;

    5. That plaintiff's claims against defendants, in both their official and individual capacities, are **DISMISSED WITHOUT PREJUDICE**; and

    6.  That **JUDGMENT IS ENTERED** in favor of defendants, Michele Wingert and Bernadette Scott, in both their official and individual capacities, and against plaintiff, Jahad Ali, on all claims for relief and causes of action asserted in this action.

    DATED at Denver, Colorado, this 2nd day of January, 2014.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: s/Kathleen Finney
      Kathleen Finney
      Deputy Clerk